# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROBERT HANEY, | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00220-RLV |
| | ) | (1:88-cr-95-RLV-DHL-3) |
| | | (1:88-cr-103-RLV-DLH-3) |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2014 Amended Order.

March 19, 2014

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court